FILED
 2020 May-11 PM 02:29
U.S. DISTRICT COURT
  N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| SUSANNE HELBIG, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:19-cv-01157-CLM-JEO |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

Petitioner Susanne Helbig filed a form habeas petition under 28 U.S.C. § 2241. (Doc. 1). The magistrate judge filed a report recommending that Helbig's petition be dismissed for lack of jurisdiction. (Doc. 2). The magistrate judge advised Helbig of her right to file specific written objections within 14 days, and Helbig has not done so.

This court has reviewed and considered *de novo* all materials in the court file, including the report and recommendation. The court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. For the reasons stated in the report, the court **DISMISSES** this case **WITHOUT PREJUDICE** for lack of jurisdiction.

**DONE** this 11th day of May, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

2